Jeff W. Poole (State Bar No. 291783)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Defendant
MONTEREY FINANCIAL
SERVICES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL A. GRANCSAY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MONTEREY FINANCIAL SERVICES, INC,<br><br>　　　　Defendants. | Case No.: 4:22-cv-02014-YGR<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS MOTION FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS MOTION TO DISMISS [DKT 12]**<br><br>Hearing Date:　July 19, 2022<br>Time:　　　　2:00 p.m.<br>Courtroom:　1 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY'S OF RECORD:**

　　Defendant Monterey Financial Services, Inc. ("Defendant") hereby provides notice that it does not oppose Plaintiff Gail A. Grancsay's Motion to Extend Time to File Response to Defendant's Motion to Dismiss (Dkt. 12). Defendant requests that the hearing be continued an equal number of days so Defendant can file a Reply.

DATED:  June 28, 2022　　　　　　　　　　HAMRICK & EVANS, LLP

　　　　　　　　　　　　　　　　By:_____/s/ *Jeff W. Poole*_____
　　　　　　　　　　　　　　　　　　JEFF W. POOLE
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　MONTEREY FINANCIAL SERVICES, INC.