Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
(310) 997-0471
nick@wajdalawgroup.com
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL A. GRANCSAY,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES INC.,<br><br>Defendant. | Case Number: 4:22-cv-02014-YGR<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINITFF'S COMPLAINTPURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Hearing Date: July 19, 2022**<br>**Time: 2:00 p.m.**<br>**Courtroom: 1** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Gail A. Grancsay ("Plaintiff") hereby provides notice that she does not oppose the relief sought in Defendant Monterey Financial Services, Inc.'s Motion to Dismiss Count II of Plaintiff's Complaint (Dkt. 11). Plaintiff hereby voluntarily dismisses Count II of her Complaint with prejudice.

Dated: July 11, 2022                                Respectfully submitted,

                                                                /s/ *Nicholas M. Wajda*
                                                                Nicholas M. Wajda
                                                                *Attorney for the Plaintiff*

1