# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **GAIL GRANCSAY,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**MONTEREY FINANCIAL SERVICES, INC.**<br><br>　　　　Defendant. | CASE NO. 22-cv-2014-YGR<br><br>**ORDER GRANTING PARTIAL MOTION TO DISMISS**<br><br>Re Dkt. No. 11 |

Pending before this Court is defendant Monterey Financial Services, Inc.'s Partial Motion to Dismiss filed June 13, 2022. (Dkt. No. 11.) On July 11, 2022, plaintiff filed a statement of non-opposition to defendant's motion. (Dkt. No. 16.) Accordingly, the Court hereby **GRANTS** the motion as unopposed and **DISMISSES** Count Two of plaintiff's complaint with prejudice.

This Order terminates Docket Number 11.

**IT IS SO ORDERED.**

Dated: July 14, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**