1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAIL GRANCSAY,** | CASE NO. 22-cv-2014-YGR |
| Plaintiff, | |
| vs. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| **MONTEREY FINANCIAL SERVICES, INC.** | |
| Defendant. | |

Pursuant to Local Rule 73-1(b) and the consent of the parties, this matter is **REFERRED** to a Magistrate Judge for all purposes including trial and entry of judgment.

The Case Management Conference scheduled for Thursday, July 14, 2022 is **VACATED**. The parties will be advised of the date, time, and place of the next appearance by notice from the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 14, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

CC: MAGREF EMAIL