# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES

| **Date:** 12/8/2022 | **Time:** 3:00pm - 3:15pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 22-cv-02014-LB (KAW) | **Case Name:** Grancsay v. Monterey Financial Services Inc. | |

**For Plaintiff:**
Alexander Taylor

**For Defendant:**
Jeff Poole

**Deputy Clerk:** William F. Tabunut                 **Not Reported**

## PROCEEDINGS

Pre-settlement telephonic conference held. A settlement conference is set for 2/10/2023 via Zoom at 1:00pm. Confidential settlement conference statements are due on 1/31/2023. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/