UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL A. GRANCSAY, ) | |
| ) | Case No.: 3:22-cv-02014-LB |
| Plaintiff, ) | |
| ) | |
| vs. ) | **APPLICATION FOR ADMISSION** |
| MONTEREY FINANCIAL ) | **OF ATTORNEY PRO HAC VICE** |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Sean M. O'Brien, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Monterey Financial Services, Inc. in the above-entitled action. My local counsel in this case is Jeff W. Poole, an attorney who is a member the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 291783.

| | |
|---|---|
| 50 Fountain Plaza, Suite 1700 | 2600 West Olive Avenue, Suite 1020 |
| Buffalo, New York 14202 | Burbank, California 91505 |
| My Address of Record | Local co-counsel's Address of Record |
| | |
| 716-853-5100 | 818-763-5292 |
| My Telephone of Record | Local co-counsel's Telephone of Record |
| | |
| sobrien@lippes.com | jpoole@hamricklaw.com |
| My Email of Record | Local co-counsel's Email of Record |

I am an active member of good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above; my New York bar number is: 5198510.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

- 1 -

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2023                                          Sean M. O'Brien
                                                                                    Applicant

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Sean Michael O'Brien

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 8, 2014,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 10, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00078783