1  Alexander James Taylor, Esq.
   **SULAIMAN LAW GROUP, LTD.**
2  2500 S. Highland Ave., Ste. 200
3  Lombard, IL 60148
   Telephone: (630) 575-8181
4  ataylor@sulaimanlaw.com
   *Counsel for Plaintiff*
5

6              **UNITED STATES DISTRICT COURT**
7              **NORTHERN DISTRICT OF CALIFORNIA**

8  GAIL A. GRANSCAY,

9  Plaintiff,                          Case No. 3:22-cv-02014

10 v.                                  **JOINT UPDATED CASE**
                                       **MANAGEMENT STATEMENT**
11
   MONTEREY FINANCIAL SERVICES,
12 INC.,

13 Defendant.

14

15     The parties to the above-entitled action jointly submit this UPDATED CASE

16 MANAGEMENT STATEMENT pursuant to the Court's Case Management Scheduling Order.

17 [Dkt 30].

18 **Motions: All prior and pending motions, their current status, and any anticipated**

19 **Motions:**

20
       On February 5, 2023, Defendant filed a Discovery Letter Brief articulating pending
21
   discovery disputes between the parties. [Dkt 36]. Since that time, the disputes have largely been
22
   resolved. The parties anticipate advising the Court status of a date for a rescheduled settlement
23
   conference and dates for party depositions to proceed by February 17, 2023, as directed by the
24
25 Court in its February 12, 2023 Order.

26     Defendant anticipates filing a motion for summary judgment after fact discovery closes.
27
28
                                       1

**Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes:**

Both parties have responded to discovery responses propounded on them respectively. The parties are also working together to schedule depositions of both the Plaintiff and a representative of the Defendant.

**Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution:**

The parties were scheduled to participate in a settlement conference before Judge Westmore on February 10, 2023. That conference did not proceed. The parties have since contacted Judge Westmore's chambers to reschedule the settlement conference.

Dated: February 16, 2023                    Respectfully submitted,

                                            /s/ *Alexander J. Taylor*

                                            Alexander J. Taylor, Esq.
                                            Florida Bar No. 1013947
                                            SULAIMAN LAW GROUP, LTD.
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            (630) 575-8180
                                            ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, a copy of the was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Alexander J. Taylor*