

February 22, 2023

ECF

Honorable Laurel Beeler
Magistrate Judge, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    Grancsay v. Monterey Financial Services Inc.
            Case Number: 3:22-cv-02014-LB

Judge Beeler:

In accordance with the Clerk's Notice dated February 21, 2023, the parties submit the following joint statement with the proposed schedule for the outstanding discovery related issues and a settlement conference.

The parties have agreed to proceed with Plaintiff's deposition on March 13, 2023. Additionally, the parties have scheduled a settlement conference with Judge Westmore on June 26, 2023.

The parties agree that a brief extension of the time, approximately 30 days, to complete fact discovery is needed. The extension of the discovery deadline will allow the parties to attend to any remaining issues that may arise after depositions are completed. To that extent that the Court is willing to entertain an extension of time, MFS would also request additional time to file a dispositive motion. The parties will be prepared to discuss specific timeframes and how an extension will impact the remaining dates in the Court's Case Management Scheduling Order at the Case Management Conference scheduled to proceed on February 23, 2023.

Very truly yours,

LIPPES MATHIAS LLP

*Sean O'Brien*

Sean M. O'Brien

Sean M. O'Brien | Partner | sobrien@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   **lippes.com**

**New York:** Albany, Buffalo, Long Island, New York City, Rochester // **Florida:** Jacksonville // **Illinois:** Chicago
**Ontario:** Greater Toronto Area // **Texas:** San Antonio // **Washington, D.C.**